NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**PORSCHE MOTORSPORTS NORTH AMERICA, INC.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

2022-1440

Appeal from the United States Court of International Trade in No. 1:16-cv-00182-SAV, Judge Stephen A. Vaden.

**ON MOTION**

**O R D E R**

Upon consideration of Porsche Motorsports North America, Inc.'s unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is withdrawn.

2          PORSCHE MOTORSPORTS NORTH AMERICA, INC. v. US

   (2)  The parties shall bear their own costs.

   (3)  Any other pending motion is denied as moot.

FOR THE COURT

June 7, 2022               /s/ Peter R. Marksteiner
    Date                   Peter R. Marksteiner
                           Clerk of Court

ISSUED AS A MANDATE:  June 7, 2022